Pamela S. Palmer (SBN 107590)
TROUTMAN PEPPER
HAMILTON SANDERS LLP
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: 213.928.9800
Facsimile: 213.928.9850
Email: pamela.palmer@troutman.com

Mary Weeks (GABN 559181)
(*pro hac vice* pending)
TROUTMAN PEPPER
HAMILTON SANDERS LLP
600 Peachtree Street, Suite 3000
Atlanta, GA 30308
Telephone: 404.885.3000
Facsimile: 404.885.3900
Email: mary.weeks@troutman.com

Jay A. Dubow (PABN 41741)
(*pro hac vice* pending)
Erica Dressler (PABN 319953)
(*pro hac vice* pending)
TROUTMAN PEPPER
HAMILTON SANDERS LLP
Two Logan Square / 18th & Arch
Philadelphia, PA 19103
Telephone: 215.891.4000
Email: jay.dubow@troutman.com
Email:erica.dressler@troutman.com

Alan J. Kessel (SBN 17590)
J. Grady Howe (SBN 342566)
TROUTMAN PEPPER
HAMILTON SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614
Telephone: 949.622.2700
Email: alan.kessel@troutman.com
Email: grady.howe@troutman.com:

*Attorneys for Defendant Faraday Future Intelligent Electric Inc.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| IN RE FARADAY FUTURE INTELLIGENT ELECTRIC INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Lead Case No. 2:22-cv-01570-CAS-JC<br>Consolidated with<br>Case No. 2:22-cv-01852-CAS-JC<br><br>Hon. Christina A. Snyder<br><br>**JOINT STIPULATION TO SET DEADLINES FOR BRIEFING ON DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' VERIFIED CONSOLIDATED AMENDED DERIVATIVE COMPLAINT**<br><br>Date:      January 22, 2024<br>Time:      10:00 a.m.<br>Place:     Courtroom 8D |

163214892

JOINT STIPULATION TO SET DEADLINES FOR BRIEFING

TROUTMAN PEPPER HAMILTON SANDERS LLP
BANK OF AMERICA PLAZA
600 PEACHTREE STREET NE
SUITE 3000

TROUTMAN PEPPER HAMILTON SANDERS LLP
BANK OF AMERICA PLAZA
600 PEACHTREE STREET NE
SUITE 3000
ATLANTA, GA 30308

WHEREAS, on June 2, 2023, Plaintiffs Ashkan Farazmand and Wangjun Zhou ("Plaintiffs"), through their counsel filed the amended derivative complaint (the "Amended Derivative Complaint") against Faraday Future Intelligent Electric Inc. f/k/a Property Solutions Acquisition Corp. ("Faraday"), Carsten Breitfeld, Zvi Glasman, Walter J. McBride, Jordan Vogel, Aaron Feldman, Yueting Jia, Eduardo Abush, David Amsterdam, Matthias Aydt, Chaoying Deng, Edwin Goh, Brian Krolicki, Lee Liu, Ayi Savar, Susan Swenson, Scott Vogel, Jiawei Wang, and Qing Ye (collectively, "Defendants");

WHEREAS, all Defendants filed Motions to Dismiss the Amended Derivative Complaint on September 15, 2023;

WHEREAS, Defendants designated January 22, 2024 at 10:00 a.m. as the date for the hearing on their Motions to Dismiss;

WHEREAS, Plaintiffs and Defendant Faraday, on behalf of itself and the other Defendants, agree that any opposition to Defendants' Motions to Dismiss shall be filed on or before November 22, 2023 and that any reply in support of Defendants' Motions to Dismiss shall be filed on or before December 21, 2023;

WHEREAS, the deadlines of November 22, 2023 for any opposition to Defendants' Motions to Dismiss and December 21, 2023 for any reply in support of Defendants' Motions to Dismiss comply with the requirements of L.R. 7-9 and L.R. 7-10.

NOW THEREFORE, the parties to this action, by and through their counsel and subject to approval of the Court, hereby agree as follows:

The deadline for Plaintiffs to file an opposition to Defendants' Motions to Dismiss the Amended Complaint, if any, is November 22, 2023, and the deadline for Defendants to file replies in support of their Motions to Dismiss, if any, is December 21, 2023.

IT IS SO STIPULATED.

Dated: September 21, 2023        TROUTMAN PEPPER HAMILTON
                                SANDERS LLP


                                By: /s/ Pamela S. Palmer
                                    Pamela S. Palmer


                                Attorneys for Defendant Faraday Future
                                Intelligent Electric Inc.

Dated: September 20, 2023        QUINN EMANUEL URQUHART &
                                SULLIVAN LLP


                                By: /s/ William R. Sears
                                    William R. Sears


                                Attorney for Defendants Susan Swenson and
                                Scott Vogel


Dated: September 20, 2023        LATHAM & WATKINS LLP


                                By: /s/ Jordan Cook
                                    Kristin Murphy
                                    Jordan Cook


                                Attorney for Defendants Jordan Vogel, Aaron
                                Feldman, Eduardo Abush, David Amsterdam,
                                and Avi Savar


Dated: September 20, 2023        THE BROWN LAW FIRM, P.C.


                                By: /s/ Robert Moest
                                    Robert Moest
                                    Timothy W. Brown
                                Attorneys for Plaintiffs

JOINT STIPULATION TO SET DEADLINES FOR BRIEFING

**ATTESTATION**

Pursuant to L.R. 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: /s/ Pamela S. Palmer
Pamela S. Palmer

JOINT STIPULATION TO SET DEADLINES FOR BRIEFING