Robert C. Moest, Of Counsel, SBN 62166
RMoest@aol.com
Timothy Brown (admitted pro hac vice)
tbrown@thebrownlawfirm.net
THE BROWN LAW FIRM, P.C.
2530 Wilshire Boulevard, Second Floor
Santa Monica, California 90403
Telephone: 310.915.6628
Facsimile: 310.915.9897

*Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| IN RE FARADAY FUTURE INTELLIGENT ELECTRIC INC. DERIVATIVE LITIGATION | Lead Case No. 2:22-cv-01570-CAS-JC Consolidated with Case No. 2:22-cv-01852-CAS-JC |
| This Document Relates to: | Hon. Christina A. Snyder |
| ALL ACTIONS. | **JOINT STIPULATION FOR PLAINTIFFS TO FILE ONE CONSOLIDATED BRIEF IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' VERIFIED CONSOLIDATED AMENDED DERIVATIVE COMPLAINT** |

Date:      January 22, 2024
Time:      10:00 a.m.
Place:     Courtroom 8D

WHEREAS, on June 2, 2023, Plaintiffs Ashkan Farazmand and Wangjun Zhou ("Plaintiffs"), through their counsel filed the amended derivative complaint (the "Amended Derivative Complaint") on behalf of Faraday Future Intelligent Electric Inc. f/k/a Property Solutions Acquisition Corp. ("Faraday") naming defendants Carsten Breitfeld, Zvi Glasman, Walter J. McBride, Jordan Vogel, Aaron Feldman,

11581-00001/14405182.1

**Error! Unknown document property name.**

Yueting Jia, Eduardo Abush, David Amsterdam, Matthias Aydt, Chaoying Deng, Edwin Goh, Brian Krolicki, Lee Liu, Ayi Savar, Susan Swenson, Scott Vogel, Jiawei Wang, and Qing Ye (collectively, "Defendants");

WHEREAS, on September 15, 2023, through its counsel, Faraday filed a motion to dismiss under Federal Rule of Civil Procedure ("FRCP") 23.1 challenging Plaintiffs' standing to sue derivatively; Defendants, through their respective counsel, joined in that motion and, in addition, filed motions to dismiss under FRCP 12(b)(6) for failure to state a claim and FRCP 12(b)(3) for improper venue: one motion jointly on behalf of Defendants Breitfeld, Glasman, McBride, Jia, Aydt, Deng, Goh, Krolicki, Liu, Wang and Ye; one motion jointly on behalf of Defendants Swenson and Scott Vogel; and one motion jointly on behalf of Defendants Jordan Vogel, Feldman, Abush, Amsterdam and Savar (collectively, the "Motions to Dismiss");

WHEREAS, pursuant to L.R. 11-6.1, Plaintiffs are entitled to 7,000 words per response to each of the four Motions to Dismiss, or 28,000 words, collectively;

NOW THEREFORE, the parties to this action, by and through their counsel and subject to approval of the Court, hereby agree as follows:

Plaintiffs may file one consolidated brief in opposition to Defendants' Motions to Dismiss the Amended Derivative Complaint with a maximum of 25,145 words, which is the sum of the words in each of the respective briefs accompanying Defendants' Motions to Dismiss.

IT IS SO STIPULATED.

Dated: October 9, 2023           THE BROWN LAW FIRM, P.C.

                                 By: */s/ Robert Moest*
                                 Robert Moest
                                 Timothy Brown

                                 *Lead Counsel for Plaintiffs Ashkan*
                                 *Farazmand and Wangjun Zhou*

- 2 -

Dated: October 9, 2023

TROUTMAN PEPPER HAMILTON SANDERS LLP

By: */s/ Pamela S. Palmer*
Pamela S. Palmer

*Counsel for Defendant Faraday Future Intelligent Electric Inc. and Defendants Matthias Aydt, Carsten Breitfeld, Chaoying Deng, Brian Krolicki, Zvi Glasman, Edwin Goh, Yueting Jia, Lee Liu, Walter McBride, Qing Ye, and Jiawei Wang*

Dated: October 9, 2023

QUINN EMANUEL URQUHART & SULLIVAN LLP

By: */s/ Kathryn Hutchins*
Kathryn Hutchins (*pro hac vice*)

*Counsel for Defendants Susan Swenson and Scott Vogel*

Dated: October 9, 2023

LATHAM & WATKINS LLP

By: */s/ Jordan Cook*
Jordan Cook
Kristin Murphy

*Counsel for Defendants Jordan Vogel, Aaron Feldman, Eduardo Abush, David Amsterdam, and Avi Savar*

**ATTESTATION**

Pursuant to L.R. 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

> */s/ Robert C. Moest*
> Robert C. Moest