Robert C. Moest, Of Counsel, SBN 62166
**THE BROWN LAW FIRM, P.C.**
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: RMoest@aol.com

*Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| IN RE FARADAY FUTURE INTELLIGENT ELECTRIC INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS. | Lead Case No. 2:22-cv-01570-CAS-JC<br>Consolidated with<br>Case No. 2:22-cv-01852-CAS-JC<br><br>Hon. Christina A. Snyder<br><br>**JOINT STATUS REPORT** |

Plaintiffs Ashkan Farazmand and Wangjun Zhou ("Plaintiffs"); Defendants Carsten Breitfeld, Zvi Glasman, Jordan Vogel, Aaron Feldman, Yueting Jia, Matthias Aydt, Edwin Goh, Brian Krolicki, Lee Liu, Susan Swenson, Scott Vogel, Jiawei Wang, and Qing Ye (collectively, the "Individual Defendants"); and Nominal Defendant Faraday Future Intelligent Electric, Inc. ("Faraday" and together with the Individual Defendants, the "Defendants") hereby submit this joint status update:

1. This case is one of five pending derivative actions that are related to the federal securities fraud class action filed in the United States District Court for the Central District of California, captioned *Zhou v. Faraday Future Intelligent Electric, Inc.,* et al., Case No. 2:21-cv-09914-CAS-JC (the "Securities Class Action").

2. On February 12, 2024, this Court entered an order temporarily staying this case, including the deadline for Plaintiffs' anticipated motion for reconsideration pursuant to Federal Rule of Civil Procedure 60(b)(1), pending an anticipated mediation between the parties to the aforementioned derivative actions (the "Stay Order"). (ECF No. 95).

3. The parties in this derivative action and the related derivative actions attended a mediation before Robert Meyer, Esq. of JAMS on May 13, 2024, and have reached an agreement in principle to settle this case.

4. Pursuant to the Stay Order, the stay will be lifted today, June 12, 2024, which is thirty days after the date of the mediation. The parties are currently working on the Stipulation and Agreement of Settlement (the "Stipulation") for submission to the Court, which the parties intend to submit to the Court on June 28, 2024. On that date, the parties will submit the Stipulation for the Court's consideration or will otherwise provide the Court with another status report apprising it of the parties' progress towards finalizing the settlement documentation. The parties provide this joint notice solely for the Court's information. No action from the Court is requested at this time.

Dated: June 12, 2024      **THE BROWN LAW FIRM, P.C.**

By:/s/ Robert C. Moest
    Robert C. Moest, Of Counsel, SBN 62166
    2530 Wilshire Boulevard, Second Floor
    Santa Monica, CA 90403
    Telephone: (310) 915-6628
    Facsimile: (310) 915-9897
    Email: RMoest@aol.com

    Timothy Brown (*pro hac vice*)
    767 Third Avenue, Suite 2501
    New York, NY 10017
    Telephone: (516) 922-5427
    Facsimile: (516) 344-6204
    Email: tbrown@thebrownlawfirm.net

*Lead Counsel for Plaintiffs*

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By:/s/ Jay A. Dubow
    Pamela S. Palmer
    Alan J. Kessel
    350 South Grand Avenue, Suite 3400
    Los Angeles, CA 90071
    Telephone: (213) 928-9800
    Email: pamela.palmer@troutman.com
           alan.kessel@troutman.com

    Jay A. Dubow
    Erica Dressler
    Two Logan Square / 18th & Arch
    Philadelphia, PA 19103
    Telephone: (215) 891-4000

Email: jay.dubow@troutman.com
erica.dressler@troutman.com

Mary Weeks
600 Peachtree Street, Suite 3000
Atlanta, GA 30308
Telephone: (404) 885-3000
Email: mary.weeks@troutman.com

*Attorneys for Individual Defendants Matthias Aydt, Carsten Breitfeld, Chaoying Deng, Brian Krolicki, Zvi Glasman, Edwin Goh, Yueting Jia, Lee Liu, Walter McBride, Qing Ye, and Jiawei Wang*

**QUINN EMANUEL URQUHART & SULLIVAN LLP**

By:/s/ Will Sears
Will Sears
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Email: willsears@quinnemanuel.com

Kathryn Hutchins
700 Louisiana Street, Suite 3900
Houston, TX 77002
Telephone: (713) 221-7000
Email: kathrynhutchins@quinnemanuel.com

*Attorneys for Defendants Susan Swenson and Scott Vogel*

**LATHAM & WATKINS LLP**

By:/s/ Jordan Cook
Kristin Murphy

Jordan Cook
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
Email: kristin.murphy@lw.com
jordan.cook@lw.com

*Attorneys for Defendants Jordan Vogel, Aaron Feldman, Eduardo Abush, David Amsterdam, and Avi Savar*

## ATTESTATION

Pursuant to L.R. 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Robert C. Moest
Robert C. Moest